PHILLIP A. TALBERT
United States Attorney
SEAN O. ANDERSON
Legal Officer
Yosemite National Park
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

Counsel for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL PATRICK RARIDAN,<br><br>Defendant. | CASE NO.   6:22-mj-00009-HBK<br><br>VIOLATIONS: Title 18 United States Code § 1801(a) – Intend to capture an image of a private area of an individual without their consent, and knowingly did so under circumstances in which the individual has a reasonable expectation of privacy |

## **SUPERSEDING INFORMATION**

COUNT ONE:       Title 18 United States Code § 1801(a) – Intend to capture an image of a private area of an individual without their consent, and knowingly did so under circumstances in which the individual has a reasonable expectation of privacy

The United States Attorney Charges that:

MICHAEL PATRICK RARIDAN

Defendant herein, as follows:

On or about July 4, 2022, in the Special and Maritime Jurisdiction of the United States, within the State and Eastern District of California, defendant MICHAEL PATRICK RARIDAN, intended to

capture an image of a private area of an individual without their consent, and knowingly did so under circumstances in which the individual had a reasonable expectation of privacy. All in violation of Title 18 United States Code § 1801(a).

Dated: July 18, 2022

                        PHILLIP A. TALBERT
                        United States Attorney

By:   /s/ *Sean O. Anderson*
       SEAN O. ANDERSON
       Yosemite Legal Officer

SOA<br>YOSE LEGAL OFFICER INITIALS

## PENALTY SLIP

**DEFENDANT:**   Michael Patrick Raridan

## COUNT ONE:

VIOLATION:   Title 18 United States Code § 1801(a) – Intend to capture an image of a private area of an individual without their consent, and knowingly did so under circumstances in which the individual has a reasonable expectation of privacy
[**Class A Misdemeanor**]

PENALTY:
(a) Imprisonment
    Maximum: Twelve (12) months
(b) Fine.
    Maximum: One Hundred Thousand Dollars ($100,000)
(c) Both Fine and Imprisonment.
(d) Penalty Assessment.
    Mandatory: Ten Dollars ($10)

## COUNT TWO:

VIOLATION:   36 C.F.R. § 2.34(a)(2) – Commit an obscene act that was likely to incite an immediate breach of the peace
[**Class B Misdemeanor**]

PENALTY:
(a) Imprisonment
    Maximum: Six (6) months
(b) Fine.
    Maximum: Five Thousand Dollars ($5,000)
(c) Both Fine and Imprisonment.
(d) Penalty Assessment.
    Mandatory: Ten Dollars ($10)

**FORFEITURE ALLEGATION:**   **N/A**

1