UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL PATRICK RARIDAN, | Case No.  6:22-mj-00009-HBK<br><br>GRANTING MOTION TO REDACT CRIMINAL COMPLAINT TO THE EXTENT THE CLERK SHALL SEAL THE COMPLAINT<br><br>(Doc. No. 5) |
|---|---|

Pending before the Court is the Government's Motion to Redact Criminal Complaint filed July 20, 2022. (Doc. No. 5). The Government requests an order of redaction of the victim's name from the criminal complaint. (*Id*., *see* Doc. No. 1)(containing the legal name of the victim's name in the criminal complaint). The redaction is sought in the interests of the victim's "safety and privacy." (Doc. No. 5).

Rule 49.1 of the Federal Rules of Criminal Procedure allows the court to authorize redacted filings. Fed. R. Crim. P. 49.1(a). The redaction requirement under Rule 49.1(a) does not apply to charging documents; however, Local Rule 140 authorizes the court to order a redaction, upon motion from counsel, when the redaction is appropriate under federal privacy law. Fed. R. Crim. P. 49.1(b); L. R. 140(b). Victims have the right "to be treated with fairness and with respect for the victim's dignity and privacy." 18 U.S.C. § 3771.

The Government's request to redact the complaint is authorized under both federal and the

Court's Local Rules. *See* Fed. R. Crim. P. 49.1; L. R. 140. Furthermore, federal law affords victims certain rights to ensure their dignity and privacy. *See* 18 U.S.C. § 3771. The nature of the allegations put the victim's privacy and dignity at stake. As a result, it is in the interest of the victim's rights in this action to have her name protected so that she is treated with fairness with respect to her dignity and privacy. The Court further notes that the Government has filed a Superseding Information (Doc. No. 3) so the Court will direct the Clerk to SEAL the Complaint but not require the Government to file a redacted version of the Complaint.

Accordingly, it is **ORDERED**:

The Government's Motion to Redact Criminal Complaint (Doc. No. 5) is GRANTED to the extent the Clerk shall place the Criminal Complaint (Doc. No. 1) under SEAL.

Dated:   July 21, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE