PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MICHAEL PATRICK RARIDAN,<br><br>                              Defendant. | Case Nos. 6:22-mj-00009-HBK<br>                1:22-cr-00226-ADA-HBK<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AND SETTING OF STATUS CONFERENCE BEFORE THE MAGISTRATE JUDGE<br><br>DATE:  OCTOBER 3, 2022<br>TIME:  8:30 AM<br>COURT:  HON. ANA DE ALBA |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and

Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of

Criminal Procedure, moves to dismiss Count One of the Superseding Information in case (charging a

violation of Title 18, United States Code, section 1801(a), Video Voyeurism), a Class A misdemeanor –

in the interest of justice without prejudice.

Should the Court grant the dismissal, the remaining charge (Count Two – Disorderly Conduct)

alleges a Class B misdemeanor (a petty offense) and, thus, pursuant to Federal Rule of Criminal

Procedure 58(b)(2)(E)(i), the case may be properly heard by the Hon. Helena Barch-Kuchta, U.S.

Magistrate Judge for all further proceedings with or without the defendant's consent.

1      Finally, the government requests the 1:22-cr-00226-ADA case be closed, the October 3, 2022

2  status conference (in the 1:22-cr-00226-ADA case) be vacated, and the matter be placed upon Judge

3  Barch-Kuchta's October 4, 2022 calendar at 10:00 am for further status conference and initial

4  appearance/arraignment (on case 6:22-mj-00009-HBK).  The government has confirmed this October 4,

5  2022 date and time with defense counsel.

6

7  DATED:  September 12, 2022                                Respectfully submitted,

8                                                           PHILLIP A. TALBERT
                                                            United States Attorney
9
                                         By:     /s/ Jeffrey A. Spivak
10                                               JEFFREY A. SPIVAK
                                                 Assistant U.S. Attorney
11

12                                    **O R D E R**

13
14      IT IS HEREBY ORDERED that Count One of the Superseding Information is dismissed in the

15  interest of justice without prejudice.

16      IT IS FURTHER ORDERED that case #1:22-cr-00226-ADA is ordered CLOSED and the

17  October 3, 2022 hearing before the Honorable Ana De Alba is hereby VACATED.

18      IT IS FURTHER ORDERED that this matter is hereby set for status conference and arraignment

19  before the Honorable Helena Barch-Kuchta on October 4, 2022 at 10:00 am at the Yosemite

20  Courthouse, and that this case continue as case number 6:22-mj-00009-HBK for all further proceedings.

21

22

23  IT IS SO ORDERED.

24     Dated:  ___September 13, 2022___

25                                                    _____
                                                      UNITED STATES DISTRICT JUDGE
26

27

28